FILED
5/8/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

KSR

1:24-cr-00189
Judge Thomas M. Durkin
Magistrate Judge Beth W. Jantz
RANDOM/CAT. 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER HARVEY | No. 24 CR 189<br><br>Violations: Title 21, United States Code, Sections 841(a)(1), 952(b), and 960(a)(1) |

## COUNT ONE

The SPECIAL APRIL 2024 GRAND JURY charges:

On or about April 13, 2024, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

CHRISTOPHER HARVEY,

defendant herein, did knowingly and intentionally import into the United States from a place outside the United States, namely, Belgium, a quantity of a mixture and substance containing a detectable amount of ketamine hydrochloride, a Schedule III Controlled Substance;

In violation of Title 21, United States Code, Section 952(b) and 960(a)(1).

## **COUNT TWO**

The SPECIAL APRIL 2024 GRAND JURY further charges:

On or about April 13, 2024, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

CHRISTOPHER HARVEY,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of ketamine hydrochloride, a Schedule III Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY